# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                          2:18-MJ-0029 KJN

**ANTHONY ANDREW ZAMARRON, ET AL.**

    Defendants.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee: Anthony Andrew Zamarron

Detained at: Ely State Prison

Detainee is:
- a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: 18 U.S.C. § 2, 1344 (1) and (2) et sec.
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

Signature: /s/MICHELLE RODRIGUEZ

Printed Name & Phone No: Michelle Rodriguez 916-554-2700

Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 22, 2018

Honorable Edmund F. Brennan
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 1197998 | DOB: | 09/19/1980 |
| Facility Address: | 4569 N. State Route 490, Ely, NV 89301 | Race: | Hispanic |
| Facility Phone: | 775-289-8800 | FBI#: | |
| Currently | Ely State Prison | | |

## RETURN OF SERVICE

Executed on: _____       _____
                                                          (signature)